1228

No. 91–8437. REID, AKA BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–8439. MEJIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–8442. DIGIACOMO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–8444. BYROM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8446. BROOKS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–8447. DEGRAFFIN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 91–8449. MOORE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–8450. HICKS v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–8452. WHALEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–8453. CASTRILLON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–8454. COX v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8457. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–8461. SLAUGHTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–8463. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8465. JUSINO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–8475. GRANVIEL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.